DORIS TRAINA et al., Appellants, v. IDA SILBERSTEIN, Respondent.— Motion for leave to appeal to the Appellate Division and for a stay denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

RICHARD VAN HOUTEN, an Infant, by HERBERT VAN HOUTEN, His Guardian ad Litem, et al., Appellants, v. LONG ISLAND RAIL ROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 279 App. Div. 1099.]

WILBUR and WILLIAMS COMPANY, Appellant, v. IRVING CONSTRUCTION CORPORATION, Respondent.— Motion referred to the court that rendered the decision. Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion to modify the determination of this court granted to the extent of extending defendant's time to stipulate to reduce the recovery to $1,320.53 to ten days after the determination of this motion; in all other respects, the motion is denied, without costs. Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ. [See ante, p. 818.]

BAY SHORE RUG CORP. et al., Appellants, v. SOUTH SHORE PROPERTIES, INC., Respondent.— Action by a corporation and an individual, alleged to be its president and sole stockholder, to recover a sum of money which had been deposited with defendant, as landlord, as security for performance of the terms of a lease to the plaintiff corporation, as tenant. The action is based on the tenant's purported cancellation of the lease on the grounds (1) that the individual plaintiff had been recalled to the military service of the United States (see U. S. Code, tit. 50, Appendix, § 534; Military Law, § 310); and (2) that a building which the landlord was required to construct on the leased premises was not completed within the time specified in the lease. Plaintiffs appeal from an order denying their motion for summary judgment striking out defendant's answer, which includes a counterclaim for damages occasioned by defendant's inability to collect rent. Order of the County Court, Nassau County, affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

AGNES BISHOCK, Respondent, v. JOHN A. BISHOCK, Appellant.— In an action by a wife for separation, defendant appeals from an order adjudging him in contempt for failure to make payment of alimony and counsel fees, as provided by court order; and staying him from taking any affirmative proceedings in the action until the counsel fees, due and payable, and at least 50% of the arrears in alimony have been paid. Order affirmed, with $10 costs and disbursements. While a copy of the order directing payment of the counsel fee and alimony was not served on defendant personally, he had knowledge of the order and its terms, and a copy of said order was served on his attorney. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.